IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BUDDY TRAHAN | § § | |
| Plaintiff, | § § | C.A. No. 4:10-cv-03198 |
| vs. | § § | |
| BP, PLC, et al | § § | Jury Demanded |
| Defendants. | § § | |

## CAMERON'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Cameron International Corporation in the above-captioned action certifies that that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Counsel also states that Defendant Cameron International Corporation does not have any parent corporation, and that no publicly-traded corporation owns 10% or more of its stock.

                                                             Respectfully submitted,

By:   /s/ David J. Beck
       David J. Beck
       Federal I.D. No. 16605;
       Texas State Bar No. 00000070
       BECK, REDDEN & SECREST, L.L.P.
       1221 McKinney, Suite 4500
       Houston, Texas 77010-2010
       Telephone: (713) 951-3700
       Telecopier: (713) 951-3720

**ATTORNEY-IN-CHARGE FOR CAMERON INTERNATIONAL CORPORATION, d/b/a CAMERON SYSTEMS CORPORATION**

**OF COUNSEL:**
Joe W. Redden, Jr.
Fed. I.D. No. 2139; Texas State Bar No.16660600
David W. Jones
Fed. I.D. No. 18206; Texas State Bar No. 00790980
Geoff Gannaway
Fed.I.D. No. 37039; Texas State Bar No. 24036617
**BECK, REDDEN & SECREST, L.L.P.**
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Telecopier: (713) 951-3720

**ATTORNEYS FOR DEFENDANT CAMERON INTERNATIONAL CORPORATION, F/K/A COOPER-CAMERON CORPORATION**

### CERTIFICATE OF SERVICE

    I do hereby certify that the foregoing document was served on all counsel of record in compliance with the Federal Rules of Civil Procedure on this 9th day of September 2010, by CM/ECF.

                                                    /s/ Geoff Gannaway
                                                      Geoff Gannaway