IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BUDDY TRAHAN | § § | |
| Plaintiff, | § § | C.A. No. 4:10-cv-03198 |
| vs. | § § § | |
| BP, PLC, et al | § § | Jury Demanded |
| Defendants. | § § | |

## CAMERON'S CERTIFICATE OF INTERESTED PARTIES

Cameron International Corporation submits this certificate pursuant to the Court's Order for Conference and Disclosure of Interested Parties.

I. **Plaintiffs**

- Buddy Trahan

II. **Defendants**

- BP entities
    - BP Company North America, Inc.
    - BP Corporation North America, Inc.
    - BP America, Inc.
    - BP Exploration and Production, Inc.
    - BP Products North America, Inc.
    - BP, PLC
- Halliburton entities
    - Halliburton Energy Services, Inc.
    - Sperry-Sun Drilling Services, Inc.

- M-I, LLC

- Weatherford International, Ltd

- Anadarko Petroleum Corporation

- <u>Cameron International Corporation</u>[1] d/b/a Cameron Systems Corporation

III. **Other Parties**

This litigation arises from an explosion and fire aboard the *Deepwater Horizon*, a mobile offshore drilling unit in the Gulf of Mexico. There are many parties making claims with respect to this incident. Moreover, there were many entities involved with the ownership of, or operations on, the *Deepwater Horizon*. However, Cameron is not, at this time, aware of any other parties who may have a financial interest in this specific litigation.

---

[1] Cameron does not know which entities, other than Cameron, are publicly traded and which are not.

383.00179/463599.v1

Respectfully submitted,

By: /s/ David J. Beck
David J. Beck
Federal I.D. No. 16605;
Texas State Bar No. 00000070
BECK, REDDEN & SECREST, L.L.P.
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Telecopier: (713) 951-3720

ATTORNEY-IN-CHARGE FOR
CAMERON INTERNATIONAL
CORPORATION

OF COUNSEL:
Joe W. Redden, Jr.
Fed. I.D. No. 2139; Texas State Bar No.16660600
David W. Jones
Fed. I.D. No. 18206; Texas State Bar No. 00790980
Geoff Gannaway
Fed.I.D. No. 37039; Texas State Bar No. 24036617
**BECK, REDDEN & SECREST, L.L.P.**
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Telecopier: (713) 951-3720

ATTORNEYS FOR DEFENDANT
CAMERON INTERNATIONAL
CORPORATION

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing document was served on all counsel of record in compliance with the Federal Rules of Civil Procedure on this 17th day of September 2010, by CM/ECF.

/s/ Geoff Gannaway
Geoff Gannaway

383.00179/463599.v1