IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **BUDDY TRAHAN** § | |
| § | |
| Plaintiff, § | |
| § | C.A. No. 4:10-cv-03198 |
| vs. § | |
| § | |
| BP, PLC; et. al § | |
| § | |
| Defendants. § | |

**PLAINTIFF BUDDY TRAHAN'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff Buddy Trahan files this Certificate of Interested Parties and states as follows.

At this time Plaintiff is aware of the following parties that are financially interested in the outcome of this litigation:

1. Buddy Trahan;
2. BP, PLC;
3. BP America, Inc.;
4. BP Corporation North America, Inc.;
5. BP Company North America, Inc.;
6. BP Products North America, Inc.;
7. BP Exploration & Production, Inc;.
8. BP America Production Company;
9. Halliburton Energy Services, Inc.;
10. Halliburton Company;
11. Cameron International Corporation;
12. Sperry-Sun Drilling Services, Inc.;
13. M-I, LLC;

14. Weatherford International, Ltd.;

15. Anadarko Petroleum Corporation; and

16. Dril-Quip, Inc.

Dated: September 22, 2010

                          Respectfully submitted,

                          **Lubel Voyles LLP**

                          By: /s/ Adam Q. Voyles
                              Lance H. Lubel
                              Texas State Bar No.: 12651125
                              Adam Q. Voyles
                              Texas State Bar No.: 24003121
                              McKenna Harper
                              Texas State Bar No.: 24041056
                              1300 Post Oak Blvd., Suite 2000
                              Houston, Texas 77056
                              Telephone No.: (713) 986-7263
                              Facsimile No.: (713) 986-7100
                              Email: lance@lubelvoyles.com
                                           adam@lubelvoyles.com
                                           mckenna@lubelvoyles.com

                          **ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing ***Plaintiff Buddy Trahan's Certificate of Interested Parties*** has been forwarded to all known counsel of record via the Court's CM/ECF system, certified mail, return receipt requested, facsimile, email or hand delivery on this the 22nd day of September, 2010.

                                          /s/Adam Q. Voyles