IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BUDDY TRAHAN | § | |
| | § | |
| Plaintiff, | § | C.A. No.  4:10:-cv-03198 |
| | § | |
| vs. | § | |
| | § | Judge Nancy F. Atlas |
| BP, PLC, et al | § | |
| | § | Jury Demanded |
| Defendants. | § | |

**ANADARKO PETROLEUM CORPORATION'S
<u>CERTIFICATE OF INTERESTED PARTIES</u>**

Defendant Anadarko Petroleum Corporation ("APC") submits this Certificate of Interested Parties pursuant to the Court's Order for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons [Dkt. No. 2].  As of the date of this filing, APC believes that the following persons or entities have a financial interest in this litigation:

1. Buddy Trahan

2. BP, PLC

3. BP America, Inc.

4. BP Corporation North America, Inc.

5. BP Company North America, Inc.

6. BP Products North America, Inc.

7. BP Exploration and Production, Inc.

8. BP America Production Company

9. Halliburton Energy Services, Inc.

10. <u>Halliburton Company</u>

11. <u>Cameron International Corporation</u>

1

12. Sperry-Sun Drilling Services, Inc.

13. M-I, LLC

14. Weatherford International, Ltd.

15. <u>Anadarko Petroleum Corporation</u>

16. Drill-Quip Inc.

Dated:  September 29, 2010

          Respectfully submitted,

          **GIBBS & BRUNS, L.L.P.**

          /s/ *Robin C. Gibbs*_____
          Robin C. Gibbs
          *Attorney-in-charge*
          Texas Bar No. 07853000
          rgibbs@gibbsbruns.com
          Grant J. Harvey
          Texas Bar No. 09177700
          gharvey@gibbsbruns.com
          Mark A. Giugliano
          Texas Bar No. 24012702
          mgiugliano@gibbsbruns.com
          Ashley V. McKeand
          Texas Bar. No. 24060263
          amckeand@gibbsbruns.com
          1100 Louisiana, Suite 5300
          Houston, TX 77098
          Telephone (713) 650-8805
          Facsimile (713) 750-0903

        ATTORNEYS FOR DEFENDANT
        ANADARKO PETROLEUM CORPORPATION

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing pleading has been forwarded to all counsel of record via CM/ECF system; that a copy of the foregoing has been delivered either by facsimile, hand delivery, or by placing same in the U.S. Mail, properly addressed and postage prepaid to all counsel of record who are not registered to receive notice electronically, on this the 29th day of September, 2010.

                                       /s/ *Robin C. Gibbs*
                                       Robin C. Gibbs