IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BUDDY TRAHAN | § | |
| | § | |
| Plaintiff, | § | C.A. No.  4:10:-cv-03198 |
| | § | |
| vs. | § | |
| | § | Judge Nancy F. Atlas |
| BP, PLC, et al | § | |
| | § | Jury Demanded |
| Defendants. | § | |

## ANADARKO PETROLEUM CORPORATION'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Anadarko Petroleum Corporation provides the following information:

1) Anadarko Petroleum Corporation is a publicly-traded company.

2) Anadarko Petroleum Corporation has no parent corporation, and no publicly held corporation owns ten percent (10%) or more of its stock.

Dated:  September 29, 2010

                                              Respectfully submitted,

                                              **GIBBS & BRUNS, L.L.P.**

                                              /s/ *Robin C. Gibbs*
                                              Robin C. Gibbs
                                              *Attorney-in-charge*
                                              Texas Bar No. 07853000
                                              rgibbs@gibbsbruns.com
                                              Grant J. Harvey
                                              Texas Bar No. 09177700
                                              gharvey@gibbsbruns.com
                                              Mark A. Giugliano
                                              Texas Bar No. 24012702
                                              mgiugliano@gibbsbruns.com
                                              Ashley V. McKeand
                                              Texas Bar. No. 24060263

> amckeand@gibbsbruns.com
> 1100 Louisiana, Suite 5300
> Houston, TX 77098
> Telephone (713) 650-8805
> Facsimile (713) 750-0903
>
> ATTORNEYS FOR DEFENDANT
> ANADARKO PETROLEUM CORPORPATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been forwarded to all counsel of record via CM/ECF system; that a copy of the foregoing has been delivered either by facsimile, hand delivery, or by placing same in the U.S. Mail, properly addressed and postage prepaid to all counsel of record who are not registered to receive notice electronically, on this the 29th day of September, 2010.

> /s/ *Robin C. Gibbs*
> Robin C. Gibbs