IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BUDDY TRAHAN | § | |
| | § | |
| Plaintiff, | § | C.A. No.  4:10:-cv-03198 |
| | § | |
| vs. | § | |
| | § | Judge Nancy F. Atlas |
| BP, PLC, et al | § | |
| | § | Jury Demanded |
| Defendants. | § | |

### ANADARKO PETROLEUM CORPORATION'S JOINDER
### IN BP DEFENDANTS' MOTION TO STAY THE PROCEEDINGS

Defendant Anadarko Petroleum Corporation ("APC"), appearing specially through counsel and expressly reserving all defenses, including without limitation all defenses under Rule 12(b), Federal Rules of Civil Procedure, hereby joins in, adopts, and incorporates by reference Defendants BP America, Inc., BP Corporation North America, Inc., BP Company North America, Inc., BP Exploration & Production, Inc., and BP America Production Company, Inc.'s (collectively the "BP Defendants") Motion to Stay the Proceedings (the "Motion to Stay") [Dkt. No. 6].

WHEREFORE, Anadarko respectfully requests that the Court grant the BP Defendants' Motion to Stay and for all other relief consistent therewith.

Dated:  September 29, 2010

Respectfully submitted,

GIBBS & BRUNS, L.L.P.

/s/ *Robin C. Gibbs*
Robin C. Gibbs
*Attorney-in-charge*
Texas Bar No. 07853000
rgibbs@gibbsbruns.com

1

Grant J. Harvey
Texas Bar No. 09177700
gharvey@gibbsbruns.com
Mark A. Giugliano
Texas Bar No. 24012702
mgiugliano@gibbsbruns.com
Ashley V. McKeand
Texas Bar. No. 24060263
amckeand@gibbsbruns.com
1100 Louisiana, Suite 5300
Houston, TX 77098
Telephone (713) 650-8805
Facsimile (713) 750-0903

ATTORNEYS FOR DEFENDANT
ANADARKO PETROLEUM CORPORPATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been forwarded to all counsel of record via CM/ECF system; that a copy of the foregoing has been delivered either by facsimile, hand delivery, or by placing same in the U.S. Mail, properly addressed and postage prepaid to all counsel of record who are not registered to receive notice electronically, on this the 29th day of September, 2010.

/s/ *Robin C. Gibbs*_____
Robin C. Gibbs

2