IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BUDDY TRAHAN,<br>    Plaintiff,<br><br>v.<br><br>BP, PLC, *et al.*,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-10-3198 |

## **ORDER**

This case is before the Court on the Motion to Lift Stay and for Expedited Ruling on Motion to Remand ("Motion") [Doc. # 27] filed by Plaintiff Buddy Trahan, in which Plaintiff asks the Court to lift the stay pending transfer to MDL-2179. Defendants BP America Inc., BP Corporation North America Inc., BP Company North America Inc., BP Products North America, Inc., BP Exploration & Production Inc., and BP America Production Company (collectively, "BP") filed a Response [Doc. # 28], as did Defendant Cameron International Corporation [Doc. # 29] and Defendant Halliburton Energy Services Inc. [Doc. # 30]. Plaintiff neither filed a Reply nor requested additional time to do so. Having reviewed the full record and the relevant legal authorities, the Court **denies** the Motion.

In the Memorandum and Order [Doc. # 23] staying this case pending its transfer to MDL-2179, the Court noted that the stay should be in effect for only a short period

of time. It now appears that the stay will be in effect for a longer period than expected. The delay, however, is exclusively the result of Plaintiff's decision to object – on bases already rejected by the MDL Panel – to the transfer of this case to the MDL. It is now anticipated that the case will be transferred and the stay lifted within the next two months.

Plaintiff has presented no legal or factual basis for treating his case differently from the hundreds of similar cases being transferred to the MDL. For the reasons stated in the Memorandum and Order staying this lawsuit pending its transfer to MDL-2179, which the Court finds are still applicable, it is hereby

**ORDERED** that Plaintiff's Motion [Doc. # 27] is **DENIED**.

SIGNED at Houston, Texas, this **16th** day of **December, 2010**.

_____
Nancy F. Atlas
United States District Judge